# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| SHAUNA WINKELMAN, MICHAEL LENON, SCOTT CENNA, KALEA NIXON, ROBERT GOLDORAZENA, CHAD DIEHL and ROSS NANFELDT, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WHOLE FOODS MARKET, INC., THE BOARD OF DIRECTORS OF WHOLE FOODS MARKET, INC., THE WHOLE FOODS MARKET, INC. EMPLOYER COMMITTEE, THE WHOLE FOODS MARKET, INC. 401(K) COMMITTEE, THE WHOLE FOODS MARKET, INC. BENEFITS ADMINISTRATIVE COMMITTEE and JOHN DOES 1-50. <br><br> Defendants. | CIVIL ACTION NO.: 1:23-cv-01352-RP |

## JOINT STATUS REPORT

Plaintiffs, Shauna Winkelman, Michael Lenon, Scott Cenna, Kalea Nixon, Robert Goldorazena, Chard Diehl, and Ross Nanfeldt, (collectively, "Plaintiffs") and Defendants Whole Foods Market, Inc., the Board of Directors of Whole Foods Market, Inc., the Whole Foods Market, Inc. Employer Committee, the Whole Foods Market, Inc. 401(k) Committee (now known as the Whole Foods Market, Inc. Retirement Committee), and the Whole Foods Market, Inc. Benefits Administrative Committee ("Defendants") (together with Plaintiffs, the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Status Report.

1. As indicated in the Parties' Joint Status Report filed April 17, 2025 (*see* ECF No. 42), the Parties participated in a full-day mediation session on April 16, 2025, before Robert A. Meyer, Esquire, where they reached a settlement in principle.

2. The Parties have been working diligently to draft and finalize the settlement agreement and exhibits and present it to the Court for preliminary approval. Plaintiffs had anticipated filing an unopposed motion for preliminary approval of the settlement no later than June 17, 2025.

3. The Parties have made significant progress but need additional time to complete review and finalization of the settlement agreement and exhibits.

4. Accordingly, the Parties propose that the stay of this matter be extended to June 24, 2025, at which time the Plaintiffs will file their unopposed motion for preliminary approval.

Dated: June 17, 2025

| | |
|---|---|
| By: */s/ Mark K. Gyandoh* <br> Mark K. Gyandoh* <br> PA Attorney ID # 88587 <br> James A. Wells* <br> PA Attorney ID # 83517 <br> **CAPOZZI ADLER, P.C.** <br> 312 Old Lancaster Road <br> Merion Station, PA 19066 <br> Tel: 610-890-0200 <br> Fax: 717-233-4103 <br> Email: markg@capozziadler.com <br>         jayw@capozziadler.com <br> * Admitted *pro hac vice)* <br><br> Peter A Muhic* <br> PA Attorney ID # 73501 <br> **MUHIC LAW LLC** <br> 923 Haddonfield Road <br> Suite 300 <br> Cherry Hill, NJ  08002 <br> Tel: 856-324-8252 <br> Fax: 717-233-4103 | By: */s/ Stacey C.S. Cerrone* <br> Stacey C.S. Cerrone* <br> Louisiana Bar No. 25860 <br> Alex E. Hotard* <br> Louisiana Bar No. 37732 <br> **JACKSON LEWIS P.C.** <br> 601 Poydras Street, Suite 1400 <br> New Orleans, LA 70130 <br> Tel: 504-208-5827 <br> Fax: 504-208-1759 <br> Email: Stacey.Cerrone@jacksonlewis.com <br>         Alex.Hotard@jacksonlewis.com <br> *Admitted *pro hac vice* <br><br> Lauren Hope Whiting <br> Texas Bar No. 24084091 <br> **JACKSON LEWIS P.C.** <br> 93 Red River St., Suite 1150 <br> Austin, Texas 78701 <br> PH: (512) 362-7100 <br> FX: (512) 362-5574 <br> Email: Lauren.Whiting@jacksonlewis.com |

      Email: peter@muhiclaw.com

*Counsel for Defendants*

\* Admitted *pro hac vice)*

      Kell A. Simon
      Texas Attorney ID # 24060888
      **LAW OFFICES OF KELL SIMON**
      501 N. Interstate Highway 35, Suite 11
      Austin, Texas 78702
      Tel: 512-898-9019
      Fax: 512-368-9144
      Email: kell@kellsimonlaw.com

*Counsel for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2025, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

By: */s/ Mark K. Gyandoh*

1