IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SHAUNA WINKELMAN, MICHAEL LENON, SCOTT CENNA, KALEA NIXON, ROBERT GOLDORAZENA, CHAD DIEHL and ROSS NANFELDT, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET, INC., THE BOARD OF DIRECTORS OF WHOLE FOODS MARKET, INC., THE WHOLE FOODS MARKET, INC. EMPLOYER COMMITTEE, THE WHOLE FOODS MARKET, INC. 401(K) COMMITTEE, THE WHOLE FOODS MARKET, INC. BENEFITS ADMINISTRATIVE COMMITTEE and JOHN DOES 1-50.<br><br>      Defendants. | CIVIL ACTION NO.: 1:23-cv-1352-RP |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF CLASS FOR SETTLEMENT PURPOSES, APPROVAL OF FORM AND MANNER OF SETTLEMENT NOTICE, AND SCHEDULING A DATE FOR A FAIRNESS HEARING**

Plaintiffs, Shauna Winkelman, Michael Lenon, Scott Cenna, Kalea Nixon, Robert Goldorazena, Chad Diehl and Ross Nanfeldt (together, "Plaintiffs"), by and through their attorneys, and on behalf of the Whole Foods Market Growing Your Future 401(k) Plan (the "Plan"), respectfully submit this Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Settlement" or "Settlement Agreement") entered into with Defendants,[1] and respectfully move the Court for an

---

[1] As defined in the Settlement Agreement submitted herewith.

1

Order granting the relief sought. The grounds for this motion are set forth in Plaintiffs and their Counsel's declarations and the memorandum of law in support of this motion, which are submitted herewith.

A Proposed Order is submitted herewith.

Dated: June 24, 2025                                             Respectfully submitted,

**CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh, Esquire
(admitted *pro hac vice*)
James A. Wells, Esquire
(admitted *pro hac vice*)
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com
           jayw@capozziadler.com

**MUHIC LAW LLC**
Peter A. Muhic
(Admitted Pro Hac Vice)
923 Haddonfield Road,
Suite 300  Cherry Hill, NJ 08002
Phone: (856) 242-1802
Fax:  (717) 233-4103
Email: peter@muhiclaw.com

**THE LAW OFFICE OF KELL A. SIMON**
Kell A. Simon
Texas Attorney ID # 24060888
501 N. Interstate Highway 35, Suite 11
Austin, Texas 78702
(512) 898-9019
Fax: (512) 368-9144
Email: kell@kellsimonlaw.com

*Attorneys for Plaintiffs, the Plan
and the Proposed Class*

2

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2025, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

/s/ *Mark K. Gyandoh*
Mark K. Gyandoh